UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                      20 MC 02894 (AMD)

RICHARD LIEBOWITZ,
 an attorney admitted to practice before this Court,

                              Respondent.

-----------------------------------------------------------------X

**BEFORE THE GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

   An order having been entered  in the United States District Court for the Southern District of New York suspending the respondent from the practice of law in the Southern District of New York.

   This Court adopts the Southern District of New York's order.

   IT IS ORDERED, pursuant to Local Rule 1.5, that the respondent be and hereby is suspended from the practice of law in the Eastern District of New York upon such terms and conditions as set forth in the Southern District of New York's order, and until further order of this Court.  This order  shall become effective 24 days after the date of service upon the respondent unless otherwise modified or stayed.

   If service is unavailable via ECF, the docketing clerk is directed to mail a copy of this order to the respondent, and to close this action without prejudice.

   SO ORDERED.

Dated :   Brooklyn, New York
     December 3, 2020

        s/Ann M. Donnelly
       _____
       ANN M. DONNELLY, U.S.D.J.
       Chair of the Committee on
       Grievances, E.D.N.Y.