FILED
United States Court of Appeals
Tenth Circuit

February 2, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re: RICHARD P. LIEBOWITZ | No. 21-800

### ORDER

This matter is before the court following expiration of the time period within which attorney Richard P. Liebowitz was allowed to respond to the court's disciplinary show cause order, issued as a result of his suspension on an interim basis from the practice of law in the United States District Court for the Southern District of New York. The court concludes that Mr. Liebowitz should be and is suspended from appearing before this court for a period of time coterminous with the suspension ordered by the Southern District of New York.

Mr. Liebowitz's name shall be stricken from this court's attorney admission roster. Readmission to practice in this court is conditioned upon the filing of an application that (1) demonstrates good cause why Mr. Liebowitz should be readmitted, (2) includes evidence showing that Mr. Liebowitz has been returned to good standing in the United States District Court for the Southern District of New York, and (3) otherwise complies with the applicable provisions of the court's Plan for Attorney Disciplinary Enforcement,

A true copy
Teste
Christopher M. Wolpert
Clerk, U.S. Court of
Appeals, Tenth Circuit
By _____
Deputy Clerk

which can be found in Addendum III to the Tenth Circuit Rules.

                                                          Entered for the Court
                                                          CHRISTOPHER M. WOLPERT, Clerk

                                                          by: Jane K. Castro
                                                               Chief Deputy Clerk

A true copy
Teste
   Christopher M. Wolpert
   Clerk, U.S. Court of
   Appeals, Tenth Circuit
By          
   Deputy Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 2, 2021

Re: 21-800, *In re: Liebowitz*

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Michael S. Ross
Law Office of Michael S. Ross
60 East 42nd Avenue, 47th Floor
New York, NY 10165

Douglas C. Palmer, Clerk
US District Court for the Eastern District
of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Mary C. Loewenguth, Clerk
US District Court for the Western District
of New York
2 Niagara Square
Buffalo, NY 14202

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals for the
2nd Circuit
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

John M. Domurad, Clerk
US District Court for the Northern District
of New York
James T. Foley US Courthouse
445 Broadway, Suite 509
Albany, NY 12207

Ruby J. Krajick, Clerk
US District Court for the Southern District
of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

NYS Unified Court System – NYC Office
Office of Court Administration
25 Beaver Street, Room 852
New York, NY 10004

by:   Robert Stephens
      Deputy Clerk

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ FEB 11 2021 ☆

BROOKLYN OFFICE

Douglas C. Palmer, Clerk
US District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



US POSTAGE
$ 00.51
First-Class
Mailed From 80257
02/03/2021
032A 0061812273

DENVER CO 802
3 FEB 2021 PM

USPS

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300